UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY ANNUITY FUND, TRUSTEES OF THE TILE LAYERS LOCAL UNION 52 PENSION FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY RETIREE WELFARE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY VACATION FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY SUPPLEMENTAL FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY PROMOTIONAL FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY TRAINING FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY BUILDING FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY DEFENSE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY LOCAL POLITICAL ACTION COMMITTEE, TRUSTEES OF THE MARBLE INDUSTRY WELFARE FUND, TRUSTEES OF THE MARBLE INDUSTRY RETIREMENT FUND, TRUSTEES OF THE MARBLE INDUSTRY PENSION FUND, TRUSTEES OF THE MARBLE INDUSTRY VACATION FUND, TRUSTEES OF THE MARBLE INDUSTRY SUPPLEMENTAL FUND, TRUSTEES OF THE MARBLE INDUSTRY ANNUITY FUND, TRUSTEES OF THE MARBLE

**<u>MEMORANDUM AND ORDER</u>**
Case No. 25-CV-5217 (FB) (JRC)

INDUSTRY PROMOTION FUND, TRUSTEES OF THE MARBLE INDUSTRY TRAINING FUND, TRUSTEES OF THE MARBLE INDUSTRY BUILDING FUND, TRUSTEES OF THE MARBLE INDUSTRY DEFENSE FUND, TRUSTEES OF THE MARBLE INDUSTRY POLITICAL ACTION COMMITTEE, TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, THE INTERNATIONAL MASONRY INSTITUTE, AND THE TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTWORKERS POLITICAL ACTION COMMITTEE,

Plaintiffs,

-against-

STONEAGE LLC,

Defendant.

**BLOCK, Senior District Judge:**

Magistrate Judge James R. Cho issued a report and recommendation ("R&R") recommending the Court grant in part the motion for default judgment against Defendant. *See* R&R at 28-29. The R&R gave the parties 14 days to file objections and warned that "[f]ailure to file timely objections may waive the right to appeal the District Court's order." *Id.* at 29. It was served by regular mail and e-mail on August 20, 2026, making objections due on September 3, 2026. *See* Fed. R. Civ. P. 6(d). No objections have been filed.

Where clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without de novo review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will, however, excuse the failure to object and conduct de novo review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

No error, plain or otherwise, appears on the face of the R&R, so the Court adopts it without de novo review. The Court enters judgment for Plaintiffs against Defendant for a total of $10,253,784.25[1], including $6,831,902.67 in delinquent contributions to the Tile Funds, $1,934,976.99 in interest thereon, $1,203,078.60 in liquidated damages as set forth in the Audit Report, and $6,400 in audit fees; $149,042.10 in delinquent contributions to the Marble Funds, $76,234.13 in interest thereon, $29,808.42 in liquidated damages as set forth in the Audit Report, and $6,400 in audit fees; any additional interest on delinquent contributions owed to the Tile Funds of $2,013.08 per day and to the Marble Funds of $40.83 per day, each calculated by the Clerk of Court from September 30, 2025 until the entry of judgment; $9,270.05 in late payment interest

[1] The total figure here does not include uncalculated additional interest on delinquent contributions and post-judgment interest.

owed to the Marble Funds for the periods January 1, 2023 through December 31, 2023 and January 1, 2024 through December 31, 2024; $6,182.00 in attorneys' fees and $489.29 in costs; and post-judgment interest calculated at the statutory rate. *See* 28 U.S.C. § 1961.

**SO ORDERED.**

_/Frederic Block_____________
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
September 8, 2026